470 A.2d 1018

Commonwealth v. Garvey, Appellant.
Petition for Allowance of Appeal
Denied May 1, 1984.

Argued
October 18, 1983. Robert A. Rovner, for appellant; Frances Gracner Gerson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.

470 A.2d 1019

Commonwealth v. Gibbs, Appellant.
Petition for Allowance of Appeal
Denied June 13, 1984.

Submitted June 23, 1983. Margaret M. Boyce, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.